# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KRATOS TRUCKING, LLC          § Case No. 12-82751
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/05/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: \_\_/\_\_/_____    By: \_\_\_/s/ STEPHEN G. BALSLEY_____
                                                    Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KRATOS TRUCKING, LLC § Case No. 12-82751
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 133,409.62 |
| *and approved disbursements of* | $ 774.06 |
| *leaving a balance on hand of* [1] | $ 132,635.56 |
| **Balance on hand:** | $ 132,635.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 29S | Donald L. Stockton | 30,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 132,635.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 9,920.48 | 0.00 | 9,920.48 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 7,183.00 | 0.00 | 7,183.00 |
| Accountant for Trustee, Fees - McGladrey LLP | 784.00 | 0.00 | 784.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses: $ 18,180.48
Remaining balance: $ 114,455.08

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 114,455.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $663,393.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | 743.06 | 0.00 | 111.36 |
|  | Internal Revenue Service | 256.54 | 0.00 | 38.44 |
|  | Internal Revenue Service | 1,096.90 | 0.00 | 164.38 |
| 2P | Internal Revenue Service | 643,605.00 | 0.00 | 96,448.90 |
| 9 | William D. Taylor Jr. | 2,100.00 | 0.00 | 2,100.00 |
| 14 | Tony L Timmons | 2,182.00 | 0.00 | 2,182.00 |
| 17 | David Wiseman | 5,250.00 | 0.00 | 5,250.00 |
| 18 | Henry E. Hildebrand, III | 3,300.00 | 0.00 | 3,300.00 |
| 19 | Henry E. Hildebrand III | 4,860.00 | 0.00 | 4,860.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 114,455.08 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 3,297,300.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Caterpillar Financial Acct | 2,272.73 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 20,441.51 | 0.00 | 0.00 |
| 3 | Southwest Office Systems | 474.69 | 0.00 | 0.00 |
| 4 | Fleetco, Inc. | 4,746.15 | 0.00 | 0.00 |
| 5 | Pitney Bowes Inc | 2,932.42 | 0.00 | 0.00 |
| 6 | Pitney Bowes Inc | 1,226.52 | 0.00 | 0.00 |
| 7 | Koorsen Fire and Security | 238.95 | 0.00 | 0.00 |
| 8 | Acton Mobile | 2,374.79 | 0.00 | 0.00 |
| 10 | McGriff Tire | 17,247.42 | 0.00 | 0.00 |
| 11 | Easley | 689.51 | 0.00 | 0.00 |
| 12 | Circle Delivery Inc. | 1,395.98 | 0.00 | 0.00 |
| 13 | FedEx TechConnect, Inc. | 4,420.14 | 0.00 | 0.00 |
| 15 | Jacobus Energy, Inc. | 198,904.19 | 0.00 | 0.00 |
| 16 | Hooper Zinn & McNamee | 39,512.33 | 0.00 | 0.00 |
| 20 | S & R Tire | 1,603.35 | 0.00 | 0.00 |
| 21 | Southern Motor Carriers Association, Inc. | 2,957.50 | 0.00 | 0.00 |
| 22 | Fleetcor Technologies | 11,389.67 | 0.00 | 0.00 |
| 23 | Georgena Wade | 156,000.00 | 0.00 | 0.00 |
| 24 | Georgena Wade | 2,699,200.00 | 0.00 | 0.00 |
| 25 | Southwestern Bell Telephone Company | 1,122.68 | 0.00 | 0.00 |
| 26 | Penske Truck Leasing Co., L.P. | 3,517.84 | 0.00 | 0.00 |
| 27 | Indianapolis Power & Light Company | 1,676.88 | 0.00 | 0.00 |
| 28 | Donald L. Stockton | 61,468.00 | 0.00 | 0.00 |
| 29U | Donald L. Stockton | 61,487.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $          0.00
Remaining balance:    $          0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 18,257.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 30 | Third Coast Security Consulting, Inc | 18,257.06 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:  $         0.00


Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 12-82751   Doc 28   Filed 05/13/13   Entered 05/16/13 01:59:00   Desc Imaged
                               Certificate of Notice   Page 7 of 10

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 12-82751-TML
Kratos Trucking, LLC                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith            Page 1 of 4             Date Rcvd: May 13, 2013
                              Form ID: pdf006           Total Noticed: 120

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
```
db          +Kratos Trucking, LLC,    PO Box 731,    Island Lake, IL 60042-0731
19165526     5 Star Compliance of USA,    1408 Hanson Drive,    Franklin, TN 37067-8666
19165527    +A-L Compressed Gas,    875 Visco Drive,    Nashville, TN 37210-2167
19165533    +ASE Transfer Co., Inc.,    PO Box 120037,    Tyler, TX 75712-0037
19165534    +AT&T 800,    PO Box 5019,    Carol Stream, IL 60197-5019
19165535     AT&T Indy,    PO Box 5080,    Carol Stream, IL 60197-5080
19165536     AT&T Memphis,    PO Box 105262,    Atlanta, GA 30348-5262
19165537    +AT&T Mobility,    PO Box 5019,    Carol Stream, IL 60197-5019
19165538     AT&T Nash Internet,    PO Box 5019,    Carol Stream, IL 60197-5019
19165539     AT&T Nashville,    PO Box 105262,    Atlanta, GA 30348-5262
19165528     Acton Mobile,    8007 Suite A Corp Drive,    Baltimore, MD 21236
19165529     Allied Equipment,    A420 Sam Jones Expressway,    Indianapolis, IN 46241
19165530    +Allied Waste,    1330 Gasket Dr.,    Elgin, IL 60120-7543
19165531    +American Power Conversion,    5081 Collections Center Drive,    Chicago, IL 60693-0050
19165532    +Arthur J. Gallagher,    PO Box 532143,    Atlanta, GA 30353-2143
19165540    +Big O Tires,    823 Donald Ross Road,    Juno Beach, FL 33408-1605
19165541     Blankenship CPA Group,    106 W. Park Drive, Suite 400,    Brentwood, TN 37027
19165542    +Bobs Truck Service,    1723 S. Tibbs,    Indianapolis, IN 46241-4563
19165543     Braden Business,    9430 Priority Way,    Indianapolis, IN 46240-1470
19165544    +Business Equipment Center,    2991 Directors Row,    Memphis, TN 38131-0404
19165545    +Carl Black,    535 Murfreesboro Road,    Nashville, TN 37210-3509
19165546     Carquest Auto Parts Stores,    PO Box 503628,    Saint Louis, MO 63150-3628
19242725    +Caterpillar Financial Acct,    2120 West End Ave,    Nashville TN 37203-5341
19165547    +Cen Tex,    15400 Long Vista Drive, Suite 101,    Austin, TX 78728-3830
19165548     Cinta Corporation,    PO Box 630803,    Cincinnati, OH 45263-0803
19165549    +Circle Delivery Inc.,    PO Box 100595,    Nashville, TN 37224-0595
19165550     Citizens Gas,    PO Box 7056,    Indianapolis, IN 46207-7056
19165551    +Citizens Water,    PO Box 1990,    Indianapolis, IN 46206-1990
19165552    +Clarence Burton,    714 Due West Ave.,    Madison, TN 37115-4304
19165553    +Community Occupational Health Svcs,    PO Box 19383,    Indianapolis, IN 46219-0383
19165554    +Crest Truck Rental,    49 West Center Street,    Midvale, UT 84047-7364
19165555    +Crosspoint,    706 Spence Lane,    Nashville, TN 37217-1144
19165556    +Cumberland International Trucks,    1901 Lebanon Pike,    Nashville, TN 37210-3229
19165557    +David Wiseman,    549 Center St.,    Plainfield, IN 46168-1470
19165558    +De Lage Landen,    PO Box 41602,    Philadelphia, PA 19101-1602
19165559    +Digitec,    3522 Central Pike, Suite 210,    Hermitage, TN 37076-2050
19165560    +Dohrn,    625 3rd Ave.,    Rock Island, IL 61201-8351
19711611     Donald L. Stockton,    703 W. Jackson Street,    Marshfield, MO 65706-2218
19165561    +Donna Murphy,    515 Rosedale Ave.,    Nashville, TN 37211-2027
19165563    +Douglas Helton,    10555 Lebanon Rd.,    Mount Juliet, TN 37122-5520
19165564    +Doyle Glassgow,    189 Vantease Lane,    Gallatin, TN 37066-8571
19165565    +Dugan Truck Lines,    3520 S. Hoover Rd.,    Wichita, KS 67215-1213
19165566    +Easley,    4629 Damascus Road,    Memphis, TN 38118-7324
19165567    +FedEx,    Three Galleria Tower,    13155 Noel Road, Suite 1600,    Dallas, TX 75240-5032
19452108    +FedEx TechConnect, Inc.,    Attn:  Revenue Recovery/Bankruptcy,
              3965 Airways Blvd. Module G., 3rd Floor,    Memphis, TN 38116-5017
19165568     Ferrellgas,    PO Box 1783940,    Denver, CO 80217-3940
19165569    +Fleet One LLC,    613 Bakertown Road,    Antioch, TN 37013-2657
19165570    +Fleetco,    PO Box 78218,    Nashville, TN 37207-8218
19373579    +Fleetco, Inc.,    3003 Brick Church Pike,    Nashville, IN 37207-3213
19657225    +Fleetcor Technologies,    555 E. Airtex Dr.,    Houston TX 77073-6099
19165571    +Freightliner,    PO Box 100986,    Nashville, TN 37224-0986
19165572     Fuelman,    PO Box 105080,    Atlanta, GA 30348-5080
19165573    +General Tire Service,    PO Box 262,    Gallatin, TN 37066-0262
19165574    +Georgena Wade,    1055 Robertson Rd.,    Gallatin, TN 37066-4824
19165575     Gerald L. Clark,    1855 Shore Dr.,    Martinsville, IN 46151
19568276    +Henry E. Hildebrand III,    as Trustee for Doyle Glasgow,    POB 190664,    Nashville TN 37219-0664
19568071    +Henry E. Hildebrand, III,    As Trustee for John Kirchoff,    POB 190664,
              Nashville, TN 37219-0664
19165576    +Hooper Zinn & McNamee,    109 W. Park Drive, Suite 300,    Brentwood, TN 37027-5062
19165577     Indianapolis Power & Light Company,    PO Box 110,    Indianapolis, IN 46206-0110
19705082     Indianapolis Power & Light Company,    POB 1595,    Indianapolis, IN 46206-1595
19165578    +Indianapolis Propane Exchange,    PO Box 652,    Danville, IN 46122-0652
19165579     Industrial Truck Sales and Service,    907 Western Dr.,    Indianapolis, IN 46241
19165581    +J&R Truck Service,    3151 Halifax,    Dallas, TX 75247-6034
19165584     JX Enterprises, Inc.,    PO Box 196,    Waukesha, WI 53187-0196
19165582    +Jobsite Supply,    624 S. Missouri St.,    Indianapolis, IN 46225-1299
19165583     John Kirhcoff,    387 Bonaville Dr.,    Hermitage, TN 37076
19165585    +Koorsen Fire and Security,    2719 N. Arlington Ave.,    Indianapolis, IN 46218-3300
19165586    +Liberty Distribution LLC,    PO Box 1358,    Randallstown, MD 21133-1317
19165587    +Lowes Graphics Inc.,    2920 Sidco Dr.,    Nashville, TN 37204-3759
19165588    +M & K Quality Truck Sales,    1401 Harding Ct.,    Indianapolis, IN 46217-9538
19165592     MHC Kenworth,    PO Box 879269,    Kansas City, MO 64187-9269
19165589    +Maximum Truck Parks Inc.,    1725 S. Tibbs Ave.,    Indianapolis, IN 46241-4563
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 4            Date Rcvd: May 13, 2013
                              Form ID: pdf006             Total Noticed: 120


19165590      +McGriff Tire,    PO Box 1148,    Cullman, AL 35056-1148
19165591       Metro Water Services,    PO Box 305225,    Nashville, TN 37230-5225
19165593      +Multi States Agents for Process Inc,     PO Box 10546,    Jackson, TN 38308-0109
19165597      +NSTC,   104 Stuart Dr.,    Hendersonville, TN 37075-4318
19165594     #+Nacarato,    1111 Polk Ave,    Nashville, TN 37210-4330
19165596      +Nashville Electric Service,     PO Box 305225,    Nashville, TN 37230-5225
19165598      +Omni Services,    PO Box 1346,    Gainesville, TX 76241-1346
19165599      +Pearl Capital,    40 Exchange Place,    Third Floor,    New York, NY 10005-2784
19165600       Pembroke,    PO Box 122603,    Dallas, TX 75312-2603
19687728       Penske Truck Leasing Co., L.P.,     POB 563,    Reading PA 19603-0563
19165601       Piedmont Natural Gas,    PO Box 660920,    Dallas, TX 75266-0920
19165602      +Pitney Bowes,    Attn: Box 3718740,    500 Ross St., Suite 154-0470,    Pittsburgh, PA 15262-0001
19165605       Praxair,    Dept CH 10660,    Palatine, IL 60055-0660
19165606      +Premiere Credit of North America,     PO Box 19309,    Indianapolis, IN 46219-0309
19165607      +Quick Fuel,    11815 West Bradley Rd.,    Milwaukee, WI 53224-2532
19165608       Ram Products Inc,    PO Box 821159,    Ft. Worth, TX 76182-1159
19165609       Randale Richey,    4602 Ruby Dr.,    Indianapolis, IN 46221
19165611      +Reliable Printing Solutions Inc,     2230 Michigan Ave,    Santa Monica, CA 90404-3906
19165612     #+S & R Tire,    1101 Lovers Lane,    Bowling Green, KY 42103-7169
19165615      +SMC,   500 Westpark Drive,    Peachtree City, GA 30269-1499
19165614      +Servit Inc,    3721 Cherokee St.,    Kennesaw, GA 30144-2081
19657216      +Sothern Motor Carriers Association, Inc.,      DBA SMC,    500 Westpark Drive.,
                Peachtree City, GA 30269-3558
19687424      +Southwestern Bell Telephone Company,     % AT&T Services, Inc,    James Grudus, Esq.,
                One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
19165618      +Stephen M. Wright,    1014 Broady St.,    Ingalls, IN 46048-9687
19165624      +TSR,   PO Box 100218,    Nashville, TN 37224-0218
19165619      +The Bailey Company,    PO Box 280565,    Nashville, TN 37228-0565
20133339      +Third Coast Security Consulting, Inc,     c/o Andrea McKellar,    411 Broadway, Suite 302,
                Nashville, TN 37203-3973
19165621      +Tire Centers LLC,    PO Box 829,    Antioch, TN 37011-0829
19455633      +Tony L Timmons,    500 N Eldon #64,    Springfield, MO 65802-5536
19165622      +Tow Pro,    PO Box 280568,    Nashville, TN 37228-0568
19165623       Truckpro Inc,    PO Box 905044,    Charlotte, NC 28290-5044
19165625      +Uline Shipping Supply,    2200 S. Lakeside Drive,     Waukegan, IL 60085-8361
19165626      +Unifirst Corporation,    813 Massman Drive,    Nashville, TN 37210-3701
19165627      +Utica National Insurance,    PO Box 530,    Utica, NY 13503-0530
19165628      +Volunteer Express Inc.,    PO Box 100986,    Nashville, TN 37224-0986
19165629       Waste Management,    Louisville, KY 40290-1054
19165630       Wayne Jenkins,    875 Glastonbury Rd.,    Nashville, TN 37217
19165631      +Wiese USA,    PO Box 60106,    Saint Louis, MO 63160-0106
19400576      +William D. Taylor Jr.,    2714 W. Chicago St.,     Springfield, MO 65803-2212
19165632      +Young Bogle,    First National Bank Bldg,    106 W. Douglas, Suite 923,    Wichita, KS 67202-3311
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19165580       E-mail/Text: cio.bncmail@irs.gov May 14 2013 00:28:33      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
19492508      +E-mail/Text: dschier@jacobusenergy.com May 14 2013 03:36:52       Jacobus Energy, Inc.,
                11815 W. Bradley Road,    Milwaukee, WI 53224-2532
19165595       E-mail/Text: bankruptcy@genpt.com May 14 2013 03:50:36      Napa,    PO Box 409043,
                Atlanta, GA 30384-9043
19373775      +E-mail/Text: bankruptcy@pb.com May 14 2013 00:37:28      Pitney Bowes Inc,
                4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
19165603       E-mail/Text: drossner@pompstire.com May 14 2013 03:16:33       Pomp's Tire Service,    PO Box 1630,
                Green Bay, WI 54305-1630
19165610      +E-mail/Text: vabernathy@raystrash.com May 14 2013 05:06:21       Ray's Trash Service,    Drawer I,
                Clayton, IN 46118-4909
19165617       E-mail/Text: appebnmailbox@sprint.com May 14 2013 00:34:50       Sprint,    P.O. Box 4181,
                Carol Stream, IL 60197-4181
19165616      +E-mail/Text: JBYERS@SOSTEXAS.COM May 14 2013 04:24:44      Southwest Office Systems,
                PO Box 612248,    Dallas, TX 75261-2248
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19165562*     +Donna Murphy,    515 Rosedale Ave.,    Nashville, TN 37211-2027
19165604    ##+Portland Express, Inc.,    531 Woodycrest Ave,    Nashville, TN 37210-4322
19165613    ##+Secure Shed,    216 Harmann Drive, Suite E,    Lebanon, TN 37087-1517
19165620    ##+Thomas Skaggs,    2737 Walnut,    Indianapolis, IN 46222-3657
                                                                                   TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: lorsmith              Page 3 of 4            Date Rcvd: May 13, 2013
                              Form ID: pdf006             Total Noticed: 120

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 4 of 4            Date Rcvd: May 13, 2013
                              Form ID: pdf006             Total Noticed: 120
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2013 at the address(es) listed below:

           Bradley J Waller    on behalf of Debtor    Kratos Trucking, LLC bwaller@ksbwl.com,
            vmaurer@ksbwl.com
           Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
           Carole J. Ryczek    on behalf of Accountant Patrick    Shaw carole.ryczek@usdoj.gov
           Joseph  Santeler    on behalf of Defendant    Paccar Financial Corp. jsanteler@chuhak.com,
            nkoncz@chuhak.com
           Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
           Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com
           Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
           Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
                                                                                      TOTAL: 8