# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KRATOS TRUCKING, LLC       § Case No. 12-82751
                                  §
                                  §
                                  §
Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                        Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $114,455.08    Claims Discharged
                                                Without Payment: $5,842,206.55

Total Expenses of Administration: $18,954.54

---

3) Total gross receipts of $ 133,409.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $133,409.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $30,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,661.54 | 18,954.54 | 18,954.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 33,192.50 | 662,788.40 | 664,884.90 | 114,455.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,063,652.73 | 3,315,557.31 | 3,315,557.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,096,845.23 | $4,027,007.25 | $3,999,396.75 | $133,409.62 |

4) This case was originally filed under Chapter 7 on July 18, 2012. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2013          By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled claim against PACCAR Financial Corp. | 1229-000 | 133,409.62 |
| **TOTAL GROSS RECEIPTS** | | **$133,409.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29S | Donald L. Stockton | 4110-000 | N/A | 30,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$30,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 9,920.48 | 9,920.48 | 9,920.48 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 7,183.00 | 7,183.00 | 7,183.00 |
| McGladrey LLP | 3310-000 | N/A | 784.00 | 784.00 | 784.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.98 | 26.98 | 26.98 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 176.27 | 176.27 | 176.27 |
| Rabobank, N.A. | 2600-000 | N/A | 208.01 | 208.01 | 208.01 |
| Rabobank, N.A. | 2600-000 | N/A | 178.13 | 178.13 | 178.13 |
| Rabobank, N.A. | 2600-000 | N/A | 184.67 | 184.67 | 184.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,661.54 | $18,954.54 | $18,954.54 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 743.06 | 743.06 |
| | Indiana Department of Revenue | 5300-000 | N/A | N/A | 178.50 | 178.50 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 256.54 | 256.54 |
| | Missouri Department of Revenue | 5300-000 | N/A | N/A | 162.42 | 162.42 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 3,538.40 | 3,538.40 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 256.54 | 38.44 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 1,096.90 | 164.38 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 743.06 | 111.36 |
| 2P | Internal Revenue Service | 5800-000 | 5,613.71 | 643,605.00 | 643,605.00 | 96,448.90 |
| 9 | William D. Taylor Jr. | 5300-000 | N/A | 2,100.00 | 1,529.85 | 1,529.85 |
| 14 | Tony L Timmons | 5300-000 | N/A | 2,182.00 | 1,491.40 | 0.00 |
| 17 | David Wiseman | 5300-000 | 3,000.00 | 5,250.00 | 3,724.87 | 3,724.87 |
| 18 | Henry E. Hildebrand, III | 5300-000 | 3,300.00 | 3,300.00 | 2,453.55 | 2,453.55 |
| 19 | Henry E. Hildebrand III | 5300-000 | 5,200.00 | 4,860.00 | 3,613.41 | 3,613.41 |
| NOTFILED | Donna Murphy | 5200-000 | 10,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Clarence Burton | 5200-000 | 962.26 | N/A | N/A | 0.00 |
| NOTFILED | Douglas Helton | 5200-000 | 1,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gerald L. Clark | 5200-000 | 467.00 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Jenkins | 5200-000 | 224.00 | N/A | N/A | 0.00 |
| NOTFILED | Georgena Wade | 5200-000 | 1,051.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Skaggs | 5200-000 | 287.00 | N/A | N/A | 0.00 |
| NOTFILED | Randale Richey | 5200-000 | 522.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen M. Wright | 5200-000 | 565.53 | N/A | N/A | 0.00 |
| | Tony L. Timmons | 5300-000 | N/A | 1,491.40 | 1,491.40 | 1,491.40 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$33,192.50** | **$662,788.40** | **$664,884.90** | **$114,455.08** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Caterpillar Financial Acct | 7100-000 | N/A | 2,272.73 | 2,272.73 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 20,441.51 | 20,441.51 | 0.00 |
| 3 | Southwest Office Systems | 7100-000 | 521.00 | 474.69 | 474.69 | 0.00 |
| 4 | Fleetco, Inc. | 7100-000 | 2,499.41 | 4,746.15 | 4,746.15 | 0.00 |
| 5 | Pitney Bowes Inc | 7100-000 | N/A | 2,932.42 | 2,932.42 | 0.00 |
| 6 | Pitney Bowes Inc | 7100-000 | 5,998.74 | 1,226.52 | 1,226.52 | 0.00 |
| 7 | Koorsen Fire and Security | 7100-000 | 147.05 | 238.95 | 238.95 | 0.00 |
| 8 | Acton Mobile | 7100-000 | 788.85 | 2,374.79 | 2,374.79 | 0.00 |
| 10 | McGriff Tire | 7100-000 | 36,268.04 | 17,247.42 | 17,247.42 | 0.00 |
| 11 | Easley | 7100-000 | 3,977.42 | 689.51 | 689.51 | 0.00 |
| 12 | Circle Delivery Inc. | 7100-000 | 3,380.98 | 1,395.98 | 1,395.98 | 0.00 |
| 13 | FedEx TechConnect, Inc. | 7100-000 | 2,903.52 | 4,420.14 | 4,420.14 | 0.00 |
| 15 | Jacobus Energy, Inc. | 7100-000 | N/A | 198,904.19 | 198,904.19 | 0.00 |
| 16 | Hooper Zinn & McNamee | 7100-000 | 35,713.32 | 39,512.33 | 39,512.33 | 0.00 |
| 20 | S & R Tire | 7100-000 | 2,816.22 | 1,603.35 | 1,603.35 | 0.00 |
| 21 | Southern Motor Carriers Association, Inc. | 7100-000 | 6,117.50 | 2,957.50 | 2,957.50 | 0.00 |
| 22 | Fleetcor Technologies | 7100-000 | N/A | 11,389.67 | 11,389.67 | 0.00 |
| 23 | Georgena Wade | 7100-000 | N/A | 156,000.00 | 156,000.00 | 0.00 |
| 24 | Georgena Wade | 7100-000 | N/A | 2,699,200.00 | 2,699,200.00 | 0.00 |
| 25 | Southwestern Bell Telephone Company | 7100-000 | 597.73 | 1,122.68 | 1,122.68 | 0.00 |
| 26 | Penske Truck Leasing Co., L.P. | 7100-000 | N/A | 3,517.84 | 3,517.84 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | Indianapolis Power & Light Company | 7100-000 | 0.00 | 1,676.88 | 1,676.88 | 0.00 |
| 28 | Donald L. Stockton | 7100-000 | N/A | 61,468.00 | 61,468.00 | 0.00 |
| 29U | Donald L. Stockton | 7100-000 | N/A | 61,487.00 | 61,487.00 | 0.00 |
| 30 | Third Coast Security Consulting, Inc | 7200-000 | N/A | 18,257.06 | 18,257.06 | 0.00 |
| NOTFILED | Maximum Truck Parks Inc. | 7100-000 | 28.36 | N/A | N/A | 0.00 |
| NOTFILED | Metro Water Services | 7100-000 | 1,760.28 | N/A | N/A | 0.00 |
| NOTFILED | Multi States Agents for Process Inc | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | Nashville Electric Service | 7100-000 | 6,132.43 | N/A | N/A | 0.00 |
| NOTFILED | NSTC | 7100-000 | 22.50 | N/A | N/A | 0.00 |
| NOTFILED | Nacarato | 7100-000 | 32.78 | N/A | N/A | 0.00 |
| NOTFILED | Napa | 7100-000 | 617.77 | N/A | N/A | 0.00 |
| NOTFILED | MHC Kenworth | 7100-000 | 4,777.09 | N/A | N/A | 0.00 |
| NOTFILED | M & K Quality Truck Sales | 7100-000 | 821.50 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Distribution LLC | 7100-000 | 498.90 | N/A | N/A | 0.00 |
| NOTFILED | Freightliner | 7100-000 | 12,756.22 | N/A | N/A | 0.00 |
| NOTFILED | Fuelman | 7100-000 | 1,808.30 | N/A | N/A | 0.00 |
| NOTFILED | Fleet One LLC | 7100-000 | 5,131.93 | N/A | N/A | 0.00 |
| NOTFILED | Ferrellgas | 7100-000 | 18,544.81 | N/A | N/A | 0.00 |
| NOTFILED | Donna Murphy | 7100-000 | 39.48 | N/A | N/A | 0.00 |
| NOTFILED | Dugan Truck Lines | 7100-000 | 1,350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | General Tire Service | 7100-000 | 35,377.58 | N/A | N/A | 0.00 |
| NOTFILED | Indianapolis Propane Exchange | 7100-000 | 972.40 | N/A | N/A | 0.00 |
| NOTFILED | Young Bogle First National Bank Bldg | 7100-000 | 33,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Omni Services | 7100-000 | 230.98 | N/A | N/A | 0.00 |
| NOTFILED | JX Enterprises, Inc. | 7100-000 | 219.38 | N/A | N/A | 0.00 |
| NOTFILED | Jobsite Supply | 7100-000 | 925.64 | N/A | N/A | 0.00 |
| NOTFILED | Industrial Truck Sales and Service | 7100-000 | 175.94 | N/A | N/A | 0.00 |
| NOTFILED | J&R Truck Service | 7100-000 | 4,369.20 | N/A | N/A | 0.00 |
| NOTFILED | Lowes Graphics Inc. | 7100-000 | 6,597.43 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 7,522.70 | N/A | N/A | 0.00 |
| NOTFILED | Praxair | 7100-000 | 486.33 | N/A | N/A | 0.00 |
| NOTFILED | Premiere Credit of North America | 7100-000 | 52,424.90 | N/A | N/A | 0.00 |
| NOTFILED | Portland Express, Inc. | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Quick Fuel | 7100-000 | 206,036.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Pomp's Tire Service | 7100-000 | 1,845.34 | N/A | N/A | 0.00 |
| NOTFILED | Ray's Trash Service Drawer I | 7100-000 | 1,295.02 | N/A | N/A | 0.00 |
| NOTFILED | Ram Products Inc | 7100-000 | 488.00 | N/A | N/A | 0.00 |
| NOTFILED | Servit Inc | 7100-000 | 2,228.80 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 8,466.45 | N/A | N/A | 0.00 |
| NOTFILED | Secure Shed | 7100-000 | 547.56 | N/A | N/A | 0.00 |
| NOTFILED | The Bailey Company | 7100-000 | 3,337.13 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Printing Solutions Inc | 7100-000 | 135.32 | N/A | N/A | 0.00 |
| NOTFILED | Piedmont Natural Gas | 7100-000 | 3,485.43 | N/A | N/A | 0.00 |
| NOTFILED | Volunteer Express Inc. | 7100-000 | 4,194.26 | N/A | N/A | 0.00 |
| NOTFILED | Utica National Insurance | 7100-000 | 283.39 | N/A | N/A | 0.00 |
| NOTFILED | Wiese USA | 7100-000 | 416.00 | N/A | N/A | 0.00 |
| NOTFILED | Unifirst Corporation | 7100-000 | 9,359.45 | N/A | N/A | 0.00 |
| NOTFILED | Pembroke | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | TSR | 7100-000 | 247.67 | N/A | N/A | 0.00 |
| NOTFILED | Uline Shipping Supply | 7100-000 | 376.19 | N/A | N/A | 0.00 |
| NOTFILED | Tow Pro | 7100-000 | 895.00 | N/A | N/A | 0.00 |
| NOTFILED | Tire Centers LLC | 7100-000 | 109.79 | N/A | N/A | 0.00 |
| NOTFILED | Truckpro Inc | 7100-000 | 23,986.00 | N/A | N/A | 0.00 |
| NOTFILED | Pearl Capital | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Dohrn | 7100-000 | 1,380.62 | N/A | N/A | 0.00 |
| NOTFILED | Bobs Truck Service | 7100-000 | 2,400.22 | N/A | N/A | 0.00 |
| NOTFILED | Digitec | 7100-000 | 190.13 | N/A | N/A | 0.00 |
| NOTFILED | 5 Star Compliance of USA | 7100-000 | 2,883.75 | N/A | N/A | 0.00 |
| NOTFILED | A-L Compressed Gas | 7100-000 | 92.05 | N/A | N/A | 0.00 |
| NOTFILED | Carquest Auto Parts Stores | 7100-000 | 225.74 | N/A | N/A | 0.00 |
| NOTFILED | Cen Tex | 7100-000 | 4,510.65 | N/A | N/A | 0.00 |
| NOTFILED | Carl Black | 7100-000 | 5.84 | N/A | N/A | 0.00 |
| NOTFILED | Cinta Corporation | 7100-000 | 1,254.26 | N/A | N/A | 0.00 |
| NOTFILED | Business Equipment Center | 7100-000 | 331.99 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Water | 7100-000 | 3,433.46 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Gas | 7100-000 | 1,336.61 | N/A | N/A | 0.00 |
| NOTFILED | Crosspoint | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| NOTFILED | Cumberland International Trucks | 7100-000 | 661.34 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Crest Truck Rental | 7100-000 | 4,271.63 | N/A | N/A | 0.00 |
| NOTFILED | Braden Business | 7100-000 | 63.71 | N/A | N/A | 0.00 |
| NOTFILED | Community Occupational Health Svcs | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Big O Tires | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Blankenship CPA Group | 7100-000 | 50,159.00 | N/A | N/A | 0.00 |
| NOTFILED | American Power Conversion | 7100-000 | 2,567.04 | N/A | N/A | 0.00 |
| NOTFILED | Arthur J. Gallagher | 7100-000 | 25,037.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste | 7100-000 | 194.77 | N/A | N/A | 0.00 |
| NOTFILED | ASE Transfer Co., Inc. | 7100-000 | 88.24 | N/A | N/A | 0.00 |
| NOTFILED | Allied Equipment | 7100-000 | 101.65 | N/A | N/A | 0.00 |
| NOTFILED | AT&T 800 | 7100-000 | 18,293.28 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Nash Internet | 7100-000 | 5,299.04 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Nashville | 7100-000 | 1,406.06 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 14,244.32 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Memphis | 7100-000 | 1,092.86 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen | 7100-000 | 367.06 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,063,652.73 | $3,315,557.31 | $3,315,557.31 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-82751  
**Case Name:** KRATOS TRUCKING, LLC  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/18/12 (f)  
**§341(a) Meeting Date:** 08/16/12  

**Period Ending:** 09/18/13  
**Claims Bar Date:** 11/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5-6 Trailers (Salvage value) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 1 Box Truck | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Unscheduled claim against PACCAR Financial Corp. (u)<br>  Adversary Case No. 12-96136.  See Stipulated Order entered 10/30/12. | 0.00 | 133,989.17 | | 133,409.62 | FA |
| 3 | **Assets**   Totals (Excluding unknown values) | **$0.00** | **$133,989.17** | | **$133,409.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2013          **Current Projected Date Of Final Report (TFR):**     April 16, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-82751 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | KRATOS TRUCKING, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******17-66 - Checking Account |
| Taxpayer ID #: | **-***2481 | | Blanket Bond: | $736,000.00  (per case limit) |
| Period Ending: | 09/18/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/26/12 | {3} | PACCAR FINANCIAL CORP. | Settlement pursuant to Stipulated Order | 1229-000 | 131,696.52 | | 131,696.52 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.98 | 131,669.54 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 131,669.54 | 0.00 |
| | | | ACCOUNT TOTALS | | 131,696.52 | 131,696.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 131,669.54 | |
| | | | **Subtotal** | | 131,696.52 | 26.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$131,696.52** | **$26.98** | |

{} Asset reference(s)                                                                                               Printed: 09/18/2013 11:39 AM    V.13.13

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 12-82751  
**Case Name:** KRATOS TRUCKING, LLC  
**Taxpayer ID #:** **-***2481  
**Period Ending:** 09/18/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****805966 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 131,669.54 | | 131,669.54 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.27 | 131,493.27 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.01 | 131,285.26 |
| 02/04/13 | {3} | PACCAR Financial Corp. | Surplus excess funds pursuant to Stipulated Order | 1229-000 | 1,713.10 | | 132,998.36 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.13 | 132,820.23 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.67 | 132,635.56 |
| 06/05/13 | 10101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 132,342.56 |
| 06/05/13 | 10102 | McGladrey LLP | Dividend paid 100.00% on $784.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 784.00 | 131,558.56 |
| 06/05/13 | 10103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $7,183.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,183.00 | 124,375.56 |
| 06/05/13 | 10104 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $9,920.48, Trustee Compensation; Reference: | 2100-000 | | 9,920.48 | 114,455.08 |
| 06/05/13 | 10105 | Internal Revenue Service | Dividend paid 100.00% on $743.06; Filed: $0.00 for FICA | 5300-000 | | 743.06 | 113,712.02 |
| 06/05/13 | 10106 | Internal Revenue Service | Dividend paid 100.00% on $3,538.40; Filed: $0.00 for Income Tax | 5300-000 | | 3,538.40 | 110,173.62 |
| 06/05/13 | 10107 | Internal Revenue Service | Dividend paid 100.00% on $256.54; Filed: $0.00 for Medicare | 5300-000 | | 256.54 | 109,917.08 |
| 06/05/13 | 10108 | Indiana Department of Revenue | Dividend paid 100.00% on $178.50; Filed: $0.00 for IN Income Tax | 5300-000 | | 178.50 | 109,738.58 |
| 06/05/13 | 10109 | Missouri Department of Revenue | Dividend paid 100.00% on $162.42; Filed: $0.00 for MO Income Tax | 5300-000 | | 162.42 | 109,576.16 |
| 06/05/13 | 10110 | William D. Taylor Jr. | Dividend paid 100.00% on $1,529.85; Claim# 9; Filed: $2,100.00; Reference: | 5300-000 | | 1,529.85 | 108,046.31 |
| 06/05/13 | 10111 | Tony L Timmons | Dividend paid 100.00% on $1,491.40; Claim# 14; Filed: $2,182.00; Reference: Stopped on 07/23/13 | 5300-000 | | 1,491.40 | 106,554.91 |
| 06/05/13 | 10112 | David Wiseman | Dividend paid 100.00% on $3,724.87; Claim# 17; Filed: $5,250.00; Reference: | 5300-000 | | 3,724.87 | 102,830.04 |
| 06/05/13 | 10113 | Henry E. Hildebrand, III | Dividend paid 100.00% on $2,453.55; Claim# 18; Filed: $3,300.00; Reference: | 5300-000 | | 2,453.55 | 100,376.49 |
| 06/05/13 | 10114 | Henry E. Hildebrand III | Dividend paid 100.00% on $3,613.41; Claim# 19; Filed: $4,860.00; Reference: | 5300-000 | | 3,613.41 | 96,763.08 |
| | | | Subtotals : | | $133,382.64 | $36,619.56 | |

{} Asset reference(s)

Printed: 09/18/2013 11:39 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-82751  
**Case Name:** KRATOS TRUCKING, LLC  

**Taxpayer ID #:** **-***2481  
**Period Ending:** 09/18/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****805966 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/13 | 10115 | Internal Revenue Service | Dividend paid 14.98% on $743.06; Filed: $0.00 for FICA | 5800-000 | | 111.36 | 96,651.72 |
| 06/05/13 | 10116 | Internal Revenue Service | Dividend paid 14.98% on $1,096.90; Filed: $0.00 for FUTA | 5800-000 | | 164.38 | 96,487.34 |
| 06/05/13 | 10117 | Internal Revenue Service | Dividend paid 14.98% on $256.54; Filed: $0.00 for Medicare | 5800-000 | | 38.44 | 96,448.90 |
| 06/05/13 | 10118 | Internal Revenue Service | Dividend paid 14.98% on $643,605.00; Claim# 2P; Filed: $643,605.00; Reference: | 5800-000 | | 96,448.90 | 0.00 |
| 07/23/13 | 10111 | Tony L Timmons | Dividend paid 100.00% on $1,491.40; Claim# 14; Filed: $2,182.00; Reference: Stopped: check issued on 06/05/13 | 5300-000 | | -1,491.40 | 1,491.40 |
| 07/23/13 | 10119 | Tony L. Timmons | Reissuance of previous check/lost in mail/Claim #14 dividend | 5300-000 | | 1,491.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 133,382.64 | 133,382.64 | $0.00 |
| | | | Less: Bank Transfers | | 131,669.54 | 0.00 | |
| | | | **Subtotal** | | 1,713.10 | 133,382.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,713.10 | $133,382.64 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******17-66** | 131,696.52 | 26.98 | 0.00 |
| **Checking # ****805966** | 1,713.10 | 133,382.64 | 0.00 |
| | $133,409.62 | $133,409.62 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2013 11:39 AM    V.13.13